FLORENCE B. RUSSELL, Appellant, v. JOHN WOLF, Respondent.— Order of the County Court of Nassau county denying plaintiff's motion to strike out the separate and complete defense contained in paragraphs second and third of the answer, and for judgment, reversed on the law, with ten dollars costs and disbursements, and motion granted, on authority of *Weisel* v. *Hagdahl Realty Company, Inc.* (*ante*, p. 314), decided herewith. Lazansky, P. J., Kapper, Hagarty and Davis, JJ., concur; Young, J., dissents and votes to affirm the order appealed from for the reasons stated in his dissenting memorandum in *Weisel* v. *Hagdahl Realty Company, Inc.* (*ante*, p. 314).

LORENZO ARICO, Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Young, Hagarty, Carswell, Scudder and Davis, JJ.

PAWEL CALUSINSKA, as Administrator, etc., of STEFANIA CALUSINSKA, Deceased, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Motion for leave to appeal to the Appellate Division denied. Present — Young, Hagarty, Carswell, Scudder and Davis, JJ.

GEORGE S. DASO, as Trustee for THOMAS & BUCKLEY HOISTING COMPANY, Respondent, v. UNITED HOISTING CO., INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Young, Hagarty, Carswell, Scudder and Davis, JJ.

EMIL J. FRENGER, Respondent, v. HENRY KATZ and ELEANOR V. KATZ, His Wife, Appellants, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the plaintiff entitled to enter a deficiency judgment on the facts stated in the record? Present — Young, Hagarty, Carswell, Scudder and Davis, JJ. [See *ante*, p. 766.]

In the Matter of WILLIAM H. SIEBRECHT, JR., an Attorney, Respondent.— Matter referred to Hon. Norman S. Dike, official referee, to hear and to report with his opinion. Present — Young, Hagarty, Carswell, Scudder and Davis, JJ.